UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Debra Montrose

    v.                                  Case No. 17-cv-148-SM

Nancy A. Berryhill, Acting Commissioner,
Social Security Administration

O R D E R

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated December 14, 2017, for the reasons set forth therein. The Court hereby grants the Acting Commissioner's motion to affirm her decision (doc. no. 13). Claimant's motion to reverse the decision is denied (doc. no. 11). The clerk of the court is directed to enter judgment in accordance with this order and close the case.

"'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection

to magistrate's report will waive the right to appeal).

So Ordered.

*Steven J. McAuliffe*
United States Magistrate Judge

Date: January 2, 2018

cc: D. Lance Tillinghast, Esq.
    T. David Plourde, AUSA